COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

RICARDO MONROY,                                        )

                                                                              )               No.  08-03-00381-CV

Appellant,                          )

                                                                              )                    Appeal from the

v.                                                                           )

                                                                              )                 
120th District Court

CECILIA RANGEL ESTRADA,                          )

                                                                              )            
of El Paso County, Texas

Appellee.                           )

                                                                              )                   (TC# 2001-032)

                                                                              )

 

 

O
P I N I O N

 

Pending before the
Court is a joint motion to dismiss this appeal. 
By their joint motion, the parties represent to this Court that they
have settled all issues raised by the lawsuit and no longer wish to prosecute
the appeal.  We have considered this
cause on this motion and conclude that the motion should be granted.  See Tex.R.App.P. 42.1 (a)(1),
(2).  We therefore dismiss the appeal.

 

 

 

March
17, 2005

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.